|    | Class Member       | Damages     |
|---:|--------------------|------------:|
|  1 | Adams, Roy         | $75,282.93  |
|  2 | Anderson, Eleanor  | 126,605.52  |
|  3 | Anderson, Steven   | 193,777.08  |
|  4 | Arthur, James      | 21,685.38   |
|  5 | Asbill, Nancy      | 198,643.06  |
|  6 | Atkinson, Leroy    | 1,913.16    |
|  7 | Austin, Martha     | 98,567.36   |
|  8 | Bagwell, Paul      | 1,635.47    |
|  9 | Baker, James       | 1,507.74    |
| 10 | Baldwin, Edna      | 62,416.84   |
| 11 | Barber, Betty      | 229.31      |
| 12 | Barber, Thomas     | 33,433.15   |
| 13 | Bennett, Gloria    | 207,749.57  |
| 14 | Blackmon, Donna    | 10,459.96   |
| 15 | Boger, Doris       | 4,475.93    |
| 16 | Bowers, George     | 218,861.28  |
| 17 | Bowman, Billie     | 13,283.99   |
| 18 | Boynton, James     | 53,549.96   |
| 19 | Brazell, Diana     | 30,697.14   |
| 20 | Brewer, Brenda     | 168,116.71  |
| 21 | Brickle, Betty     | 10,499.82   |
| 22 | Brooks, Mary       | 167,688.51  |
| 23 | Brown, Becky       | 42,529.15   |
| 24 | Brown, Edwin       | 37,445.47   |
| 25 | Bryan, Vivian      | 15,617.93   |
| 26 | Burford, Sammie    | 3,800.32    |
| 27 | Cagle, Williams    | 18,944.33   |
| 28 | Callahan, Jeanette | 3,929.49    |
| 29 | Carlton, Lois      | 13,472.38   |
| 30 | Carn, Mary         | 101,131.23  |
| 31 | Carr, Florence     | 25,009.09   |
| 32 | Clark, Ada         | 7,400.84    |
| 33 | Clayton, Carl      | 12,670.63   |
| 34 | Coleman, Alfonso   | 16,678.76   |
| 35 | Cooper, Grace      | 11,800.36   |
| 36 | Crews, Gladys      | 3,683.78    |
| 37 | Currie, Dianne     | 18,072.28   |
| 38 | Davidson, Gail     | 27,442.52   |
| 39 | Davis, Johnny      | 93,805.06   |
| 40 | Davis, Karen       | 16,477.67   |
| 41 | Davis, Nancy       | 34,041.87   |
| 42 | Davis, Perry       | 14,322.12   |
| 43 | Dennis, Teresa     | 45,738.02   |
| 44 | Dicks, Ben         | 18,928.23   |
| 45 | Dixon, Anne        | 9,068.78    |
| 46 | Dority, Mary       | 43,144.71   |

|    | Class Member | Damages |
|---|---|---:|
| 47 | Doubles, Malcolm | 39,078.65 |
| 48 | Dowdy, Angie | 25,112.95 |
| 49 | Drayton, Mattie | 43,865.97 |
| 50 | Dudley, Betty | 49,690.86 |
| 51 | Dudley, Paul | 36,076.05 |
| 52 | Estridge, Ernest | 7,427.97 |
| 53 | Etheridge, Henry | 80,436.33 |
| 54 | Evans, Faye | 75,765.97 |
| 55 | Felker, Frances | 85,941.24 |
| 56 | Ferguson, Sarah | 45,827.77 |
| 57 | Ficken, George | 37,599.66 |
| 58 | Fister, Christie | 50,452.71 |
| 59 | Fogle, Margaret | 13,732.20 |
| 60 | Fowler, Frankie | 3,633.82 |
| 61 | Fowler, Harold | 16,433.22 |
| 62 | Fowler, Jasper | 37,301.84 |
| 63 | Franklin, Robert | 15,134.38 |
| 64 | Frost, James | 16,771.21 |
| 65 | Gaddy, Rayshaw | 9,637.60 |
| 66 | Gallman, Wilbur | 8,192.88 |
| 67 | Gardner, Joseph | 30,049.39 |
| 68 | Gaskins, Franklin | 48,854.18 |
| 69 | Gaston, Tom | 12,155.58 |
| 70 | Glymph, Heyward | 11,264.78 |
| 71 | Green, Elijah | 10,150.52 |
| 72 | Grimes, Cornelia | 20,893.94 |
| 73 | Grubbs, Lester (Deceased 4/22/04) | 564.85 |
| 74 | Gulledge, Tommie | 239.70 |
| 75 | Hadwin, Jennifer | 13,689.66 |
| 76 | Hamby, Kathleen | 7,960.33 |
| 77 | Hare, Thomas | 100,387.98 |
| 78 | Harmon, Alvin | 6,682.84 |
| 79 | Harper, Jacqueline | 20,655.04 |
| 80 | Harrison, Frank | 2,518.65 |
| 81 | Haskins, Carol | 502.79 |
| 82 | Hawkins, James | 58,501.70 |
| 83 | Hawthorne, Carl | 27,517.68 |
| 84 | Henderson, Kathryn | 36,495.67 |
| 85 | Herring, Finkley | 338.09 |
| 86 | Heyward, Franklin | 16,038.81 |
| 87 | Hicks, Hilma | 43,170.88 |
| 88 | Hill, Dorothy | 21,791.28 |
| 89 | Holmes, Faye | 53,441.09 |
| 90 | Horton, Linda | 96,443.30 |
| 91 | Hudson, James | 53,978.25 |
| 92 | Hudson, Paul | 240.00 |

|     | Class Member       | Damages    |
|-----|--------------------|------------|
| 93  | Hull, Howard       | 2,771.83   |
| 94  | Hutchinson, Nancy  | 63,838.32  |
| 95  | Hutto, Sam         | 329.85     |
| 96  | Hyler, Frances     | 45,944.33  |
| 97  | Jefferson, Victor  | 7,908.80   |
| 98  | Jenkins, Beckett   | 698.43     |
| 99  | Johnson, Bettie    | 58,554.18  |
| 100 | Jordan, Jennifer   | 52,615.94  |
| 101 | Joyner, Ann        | 106.90     |
| 102 | Kinard, Janie      | 20,545.55  |
| 103 | King, Hubert       | 21,081.78  |
| 104 | King, Thelma       | 182,281.17 |
| 105 | Knight, Sheila     | 7,481.22   |
| 106 | Knox, Addie        | 108,608.87 |
| 107 | Koch, Gardner      | 49,113.19  |
| 108 | Lawson, Rufus      | 145,616.54 |
| 109 | Leaird, Alvin      | 499.20     |
| 110 | Lee, James         | 20,915.33  |
| 111 | Lewis, Paul        | 77,682.42  |
| 112 | Lewis, Solon       | 21,537.75  |
| 113 | Linder, Kelly      | 27,082.60  |
| 114 | Lowman, Thera      | 34,106.91  |
| 115 | Lowman, Tjere      | 43,084.76  |
| 116 | Maden, Essie       | 50,522.74  |
| 117 | Mathias, Marsha    | 22,125.47  |
| 118 | McGovern, James    | 68,051.23  |
| 119 | Meadows, William   | 20,928.47  |
| 120 | Miley, Janet       | 18,435.93  |
| 121 | Mincey, Michael    | 33,109.80  |
| 122 | Mitchell, Homer    | 41,372.52  |
| 123 | Mitchell, Pearl    | 87,901.62  |
| 124 | Mobley, Kenneth    | 32,587.39  |
| 125 | Monroe, Lewis      | 6,569.88   |
| 126 | Montague, Phyllis  | 38,397.58  |
| 127 | Montgomery, Erma   | 20,525.92  |
| 128 | Morgan, Jessene    | 49,647.84  |
| 129 | Morris, Ethel      | 145.36     |
| 130 | Morse, James       | 57,931.99  |
| 131 | Nesbit, Paul       | 54,443.55  |
| 132 | Owens, Timothy     | 30,888.63  |
| 133 | Padgett, Cynthia   | 16,930.00  |
| 134 | Pearson, Marion    | 91,674.42  |
| 135 | Peeples, Harold    | 28,951.48  |
| 136 | Phillips, Sarah    | 2,608.85   |
| 137 | Pippin, Rhonda     | 14,166.71  |
| 138 | Pope, Addie        | 175.63     |

|     | Class Member | Damages |
|----|---|---:|
| 139 | Rabon, John | 721.12 |
| 140 | Ramsey, Jean | 202,587.94 |
| 141 | Reeves, Aliene | 56,778.92 |
| 142 | Rogers, Carl | 1,211.38 |
| 143 | Rogers, Nancy | 48,585.74 |
| 144 | Salley, Vondell | 2,381.09 |
| 145 | Sessions, Harry | 19,194.61 |
| 146 | Sharpe, Cecil | 55,647.96 |
| 147 | Shelley, Quincey | 2,204.67 |
| 148 | Shute, Billie | 24,242.84 |
| 149 | Shuten, Florence | 7,768.43 |
| 150 | Sims, Harold | 90,829.95 |
| 151 | Small, Sandra | 12,674.75 |
| 152 | Smith, Eunice | 21,698.25 |
| 153 | Smith, James | 56,465.83 |
| 154 | Smith, Joshlyn | 118,533.49 |
| 155 | Stalvey, Faye | 61,238.83 |
| 156 | Stanley, Paula | 103,563.79 |
| 157 | Stanley, William | 14,652.06 |
| 158 | Stephens, Wilma | 25,218.44 |
| 159 | Stewart, Yvonne | 51,017.58 |
| 160 | Strickland, Dollie | 28,375.84 |
| 161 | Tardiff, Kenneth (Deceased 6/3/03) | 2,102.76 |
| 162 | Thomas, Carol | 249,113.15 |
| 163 | Timmons, Lewis (deceased 4/17/01) | 19,773.20 |
| 164 | Try, George | 83,309.02 |
| 165 | Ulmer, Joan | 95,956.17 |
| 166 | Vaughn, James | 113,469.34 |
| 167 | Walden, Gayle | 3,502.54 |
| 168 | Walker, Glennie | 2,252.03 |
| 169 | Walker, Linda | 315.50 |
| 170 | Walker, Mary | 23,300.15 |
| 171 | Ward, James | 23,227.58 |
| 172 | Warren, Mary | 56.74 |
| 173 | White, Jerry | 118,993.69 |
| 174 | Whiten, Roy | 51,972.74 |
| 175 | William, Stanley | 19,130.12 |
| 176 | Williams, Louise | 2,150.75 |
| 177 | Williams, Roscoe | 10,623.70 |
| 178 | Williams, Wilda | 569.96 |
| 179 | Williamson, Russell | 385,155.83 |
| 180 | Wilson, Roscoe | 11,555.36 |
| 181 | Wood, Jeanette | 39,699.12 |
| 182 | Woodard, Rheta & David | 56,874.40 |
|     |              | $7,828,071.39 |